Marcia Hofmann (Cal. Bar No. 250087)
ZEITGEIST LAW PC
25 Taylor St.
San Francisco, CA 94102
marcia@zeitgeist.law
Telephone: (415) 830-6664

Attorney for UNDER SEAL
Respondent and Cross-Petitioner

ORIGINAL
FILED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NATIONAL SECURITY LETTERS | Case No. 17-cv-1959-SBA |
| | **SUPPLEMENTAL DECLARATION OF UNDER SEAL'S GENERAL COUNSEL IN SUPPORT OF CROSS-PETITION FOR MODIFICATION OF ONE NATIONAL SECURITY LETTER AND NONDISCLOSURE REQUIREMENTS OF TWO NATIONAL SECURITY LETTERS PURSUANT TO 18 U.S.C. § 3511** |
| | **FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3511(d)** |
| | Judge: Hon. Saundra Brown Armstrong<br>Date: September 28, 2017<br>Time: 11:00 a.m.<br>Place: Courtroom 210, 2nd Floor |

1    I,             declare:

2        1.    I am a member in good standing of the               State Bars and

3    I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am

4    competent to testify to all matters set forth here.

5        2.    I have been General Counsel

6    

7        3.

8    

9    

10        4.    I do not know what errors were contained in NSL      issued to

11    by the FBI's      Field Office on      2016.

12        5.   Attached hereto as Exhibit A is a true and correct copy of the

13    

14               and the documents linked from

15        I declare under penalty of perjury that the foregoing is true and correct to the best of my

16    knowledge and belief. Executed August 18, 2017 in

**CERTIFICATE OF SERVICE**

1    I, Marcia Hofmann, certify that on August 18, 2017, pursuant to prior agreement of the

2    parties, I will cause to be served electronically on the government's counsel the foregoing

3    SUPPLEMENTAL DECLARATION OF UNDER SEAL'S GENERAL COUNSEL IN SUPPORT

4    OF CROSS-PETITION FOR MODIFICATION OF ONE NATIONAL SECURITY LETTER

5    AND NONDISCLOSURE REQUIREMENTS OF TWO NATIONAL SECURITY LETTERS. A

6    password-protected copy of this document will be served via email upon the government's counsel

7    Kevin Snell at Kevin.Snell@usdoj.gov, Jennie L. Kneedler at Jennie.L.Kneedler@usdoj.gov, and

8    Eric Soskin at Eric.Soskin@usdoj.gov. I declare under penalty of perjury that the foregoing is true

9    and correct. Executed on August 18, 2017.

Marcia Hofmann

Exhibit A to the Supplemental Declaration of Under Seal's General Counsel
in Support of Cross-Petition for Modification of One National Security Letter
and Nondisclosure Requirements of Two National Security Letters
Pursuant To 18 U.S.C. § 3511

Exhibit A to the Supplemental Declaration of Under Seal's General Counsel
in Support of Cross-Petition for Modification of One National Security Letter
and Nondisclosure Requirements of Two National Security Letters
Pursuant To 18 U.S.C. § 3511





